IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| | § | CASE NUMBER 6:18-CR-00035-JRG |
| v. | § | |
| | § | |
| | § | |
| LAWRENCE STEVEN MAYO (5), | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John D. Love regarding defendant's plea of guilty to Count Five with a violation of Title 21 U.S.C. § 841(a)(1) - Possession with the Intent to Distribute or Dispense (Methamphetamine, Cocaine, Heroin, Crack Cocaine, Marijuana). Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed **WEDNESDAY, OCTOBER 03, 2018**, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of Count Five of the Indictment in the above-numbered cause.

**So ORDERED and SIGNED this 4th day of October, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE